UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES ROBERTSON,
    Plaintiff,

v.   Case No. 5:22-cv-284-KKM-PRL

UNITED STATES OF AMERICA,
    Defendant.

## ORDER

Plaintiff James Robertson, an inmate of the federal penal system, initiated this action by filing a *pro se* complaint for the violation of his civil rights. (Doc. 1.) In an amended complaint, Robertson asserted claims under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1972),[1] and the Federal Tort Claims Act (FTCA). (Doc. 7.) The defendants moved to dismiss. (Doc. 40.) I granted the motion to dismiss without prejudice to Robertson filing a second amended complaint. (Doc. 58.) Robertson filed a second amended complaint asserting a *Bivens* claim only. (Doc. 62.) The defendants moved to dismiss Robertson's second amended complaint. (Doc. 74.) Robertson filed a third amended complaint, asserting only an FTCA claim. (Docs. 80, 80-1.) The Court denied the motion to dismiss as moot, dismissed the third amended complaint for failure to state a claim, and instructed Robertson to amend his FTCA claim. (Doc. 81.) Robertson filed a fourth amended complaint asserting his FTCA claim against the United States of America. (Doc. 82.) The United States of America answered the complaint. (Doc. 84.)

---

[1] The United States Supreme Court established the availability of a cause of action against federal officials in their individual capacities for certain violations of federal constitutional rights in *Bivens*. *See* 403 U.S. at 394–97.

Currently pending is Robertson's "motion to move forward in summary judgment and/or deposition hearing."[2] (Doc. 83.) Robertson's motion, (Doc. 83), is **DENIED in part** and **GRANTED in part**. There is no pending motion for summary judgment, and thus, to the extent that Robertson asks the Court to move forward in summary judgment, his motion is **DENIED**. To the extent that Robertson requests to move forward with the case, his motion is **GRANTED** in that the parties are **ORDERED** to submit a case management report by **January 15, 2024**. *See* Fed. R. Civ. P. 26(f); Middle District Local Rule 3.02(a). Robertson may address depositions and other discovery matters when he confers with the defendant to draft the report.

**ORDERED** in Tampa, Florida, on December 4, 2024.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge

---

[2] It is not clear whether Robertson intentionally requested a "deposition hearing" or instead intended to request a "disposition hearing."